IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT, IN AND FOR DUVAL COUNTY, FLORIDA

CASE NUMBER:
DIVISION:

SANDRA I. CHUHRAN and
PETER C. CHUHRAN,

        Plaintiffs,

vs.

CINEMARK USA, INC.,
a Foreign Profit Corporation,

        Defendant.

_____/

## COMPLAINT

Plaintiffs, SANDRA I. CHUHRAN and PETER C. CHUHRAN, sue Defendant, CINEMARK USA, INC., a Foreign Profit Corporation, and alleges:

1. This is an action for damages in excess of $50,000.00, exclusive of costs.

2. At all times material, Plaintiffs, SANDRA I. CHUHRAN and PETER C. CHUHRAN, were married and residing in St. Johns County, Florida.

3. At all times material, Defendant, CINEMARK USA, INC., (hereinafter "CINEMARK") was a foreign profit corporation authorized to do and doing business as a movie theater in the State of Florida, more particularly, Duval County, Florida.

## COUNT I
## NEGLIGENCE AGAINST DEFENDANT

Plaintiff, SANDRA I. CHUHRAN, sues Defendant, CINEMARK USA, INC., and alleges:

ACCEPTED: DUVAL COUNTY, JODY PHILLIPS, CLERK, 03/02/2023 02:10:16 PM

4. Plaintiff, SANDRA I. CHUHRAN, realleges paragraphs 1 through 3 of the Complaint.

5. On December 28, 2019, Plaintiff, SANDRA I. CHUHRAN, was a patron and business invitee at the premises owned by CINEMARK, located at 4535 Southside Boulevard, Jacksonville, Florida, when she slipped and fell on a wet bathroom floor causing permanent injuries.

6. At all times material, the Defendant, CINEMARK, was in possession of, owned, maintained, managed, and/or controlled the premises located at 4535 Southside Boulevard, Jacksonville, Florida.

7. At all times material, Defendant, CINEMARK, owed a non-delegable duty to Plaintiff to use reasonable care in maintaining its property in a reasonably safe condition, and to warn the Plaintiff of dangers that were created in the operation of its facility.

8. At said time and place, Defendant breached its duty owed to Plaintiff by committing one or more of the following omissions or commissions:

a. Negligently failing to maintain or adequately maintain the property, thus creating a hazardous condition to members of the public utilizing said premises, including the Plaintiff herein, thus creating an unreasonably dangerous condition for Plaintiff;

b. Negligently failing to inspect or adequately inspect the property, as specified above, to ascertain whether the condition of the floors constituted a hazard to guests visiting said property, including the Plaintiff herein, thus creating an unreasonably dangerous condition to the Plaintiff;

  c. Negligently failing to inspect or adequately warn the Plaintiff of the danger of the property, when Defendant knew or through the exercise of reasonable care should have known that said property was unreasonably dangerous and that plaintiff was unaware of same; and

  d. Negligently failing to correct or adequately correct the unreasonably dangerous condition of the floors on the Defendant's property, when said condition was either known to Defendant or had existed for sufficient length of time such that Defendant should have known of same had Defendant exercised reasonable care.

9. Defendant, CINEMARK, was negligent in not adequately marking, cleaning up, and/or notifying its customers of the hazardous wet floor causing Plaintiff to slip, fall and injure herself.

10. The negligent condition was created by, known to Defendant, CINEMARK, or had existed for a sufficient length of time so that Defendant should have known of it.

11. As a result, Plaintiff, SANDRA I. CHUHRAN, suffered bodily injury and resulting pain and suffering, disability, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, and aggravation of a previously existing condition.  The losses are permanent and continuing within a reasonable degree of medical probability and Plaintiff will suffer the losses in the future.

**COUNT II**
**LOSS OF CONSORTIUM**

Plaintiff, Peter C. Chuhran, sues Defendant, CINEMARK USA, INC., and alleges:

12. Plaintiff, PETER C. CHUHRAN, realleges paragraphs 1 through 11 of the Complaint.

13. At all times material, Plaintiff, PETER C. CHUHRAN, was the lawful spouse of Plaintiff SANDRA I. CHUHRAN.  As a direct and proximate result of the negligence of the Defendant, Plaintiff, PETER C. CHUHRAN, has suffered a loss of the support, services, society and attentions of his spouse and will continue to suffer such losses in the future.

WHEREFORE, Plaintiffs, SANDRA I. CHUHRAN and PETER C. CHUHRAN, demands judgment for damages and costs against Defendant, CINEMARK USA, INC., and demands a jury trial.

DATED this 2nd day of March, 2023.

CURRIE & CURRIE

*/s/ Brian E. Currie*
BRIAN E. CURRIE
Florida Bar No. 503673
629 Lomax Street
Jacksonville, FL  32204
Telephone: (904) 353-5000
Facsimile: (904) 353-1999
Primary:  bec@currielawoffice.com
Secondary: wendy@currielawoffice.com
Attorney for Plaintiff